IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

AMERICAN CENTRAL INSURANCE COMPANY                              PLAINTIFF

VS.                           CIVIL ACTION NO. 5:05-cv-143(DCB)(JCS)

MASSEY LAND & TIMBER, LLC;
DAVID BREWER, INC.;
BREWER CONSTRUCTION, INC.;
AND PEAR ORCHARD VICKSBURG, LLC                               DEFENDANTS

ORDER GRANTING DEFAULT JUDGMENT

This cause is before the Court on the plaintiff American Central Insurance Company's motion for default judgment against defendant Brewer Construction, Inc. **(docket entry 9)**. Having carefully considered the motion, which is unopposed, and being fully advised in the premises, the Court finds as follows:

Defendant Brewer Construction, Inc., was served with process on August 31, 2005. On October 21, 2005, the plaintiff filed a motion for entry of default, and default was entered on October 26, 2005. Brewer Construction, Inc., has failed to answer or otherwise appear in this action. The plaintiff's motion is therefore well taken. Accordingly,

IT IS HEREBY ORDERED that the plaintiff American Central Insurance Company's motion for default judgment against defendant Brewer Construction, Inc. **(docket entry 9)** is GRANTED;

FURTHER ORDERED that default judgment is hereby entered against defendant Brewer Construction, Inc.

No final judgment shall be entered until the final disposition

of this cause.

SO ORDERED, this the 14th day of December, 2005.

S/DAVID BRAMLETTE  
UNITED STATES DISTRICT JUDGE